# United States District Court

WESTERN DISTRICT OF WASHINGTON

KENNETH E MACE,
      Plaintiff,

                JUDGMENT IN A CIVIL CASE

  v.

JO ANNE B BARNHART,
      Defendant.    CASE NUMBER: C04-5828JKA

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Social Security Administration's final decision is REMANDED for further consideration.

December 1, 2005
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk