UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KENNETH E. MACE,<br><br>  Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>  Defendant. | CASE NO.   C04-5828JKA<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND OTHER EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

This matter comes before the court on plaintiff's stipulated motion for attorney's fees and other expenses under the Equal Access to Justice Act. Defendant does not oppose the request for fees and costs.

Accordingly, the motion is **GRANTED**. EAJA attorney fees f in the amount of $6,608.25 and costs in the amount of $28.30 should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The clerk is directed to send copies of this Order to counsel of record, and enter judgment in favor of plaintiff.

DATED this 2nd day of March, 2006.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
U.S. Magistrate Judge

ORDER
Page - 1